IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| WELLPOINT SYSTEMS INC., *et al.*,[1] | ) | Case No. 11-10423 (MFW) |
| | ) | Joint Administration Pending |
| Debtors in a Foreign Proceeding | ) | |
| | ) | |

**NOTICE OF *AMENDED* AGENDA MATTERS SCHEDULED FOR HEARING ON FEBRUARY 11, AT 2:00 P.M. BEFORE HON. MARY F. WALRATH 824 MARKET STREET, COURTROOM 4, 5TH FLOOR <u>WILMINGTON, DELAWARE 19801</u>**

**PETITIONS** (All Petitions Filed on February 10, 2011)

1. Wellpoint Systems Inc. (Case No. 11-10423)

2. Wellpoint Systems, Inc. (Case No. 11-10424)

3. Wellpoint Systems (USA), Inc. (Case No. 11-10426)

4. WPS Systems Inc. (Case No. 11-10427)

   A. Consolidated List Required Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4) [Filed 2/10/11; D.I. 4]

**DECLARATIONS IN SUPPORT OF FIRST DAY MOTIONS**

5. Declaration of Deryck Helkaa in Support of Chapter 15 Petitions for Recognition of a Foreign Proceeding Pursuant to Section 1515(b) of the Bankruptcy Code [Filed 2/10/11; D.I. 5]

6. Declaration of Deryck Helkaa in Support of Chapter 15 Petitions for Recognition of a Foreign Proceeding Pursuant to Section 1515(c) of the Bankruptcy Code [Filed 2/10/11; D.I. 6]

7. Declaration of Dercyk Helkaa in Support of Receiver's (I) Verified Petitions Under Chapter 15, (II) Motion for Joint Administration, (III) Motion for

---

[1] The Debtors in the Chapter 15 Cases, along with the last four digits of their United States Tax Identification Number or Canadian Business Number, as applicable, are: Wellpoint Systems Inc. ("<u>Wellpoint</u>") (Canadian Business #5970), Wellpoint Systems, Inc., (Tax #4018), Wellpoint Systems (USA), Inc. (Tax #4384), and WPS Systems Inc. (Tax #7420). Wellpoint's corporate headquarters and mailing address is located at 2000-500 4 Ave. SW, Calgary Alberta, T2P 2V6, Canada. The mailing address for the remaining Debtors is located at 12596 W. Bayard Ave., Suite 400, Denver, CO 80228, U.S.A.

Provisional and Final Relief in Recognition of a Foreign Main Proceeding, (IV) Motion to Establish Certain Notice Procedures in Connection with Filing of Verified Petitions Under Chapter 15 and (V) Motion for Recognition of the Order of the Canadian Court Establishing Asset Sale Procedures [Filed 2/10/11; D.I. 7]

**MATTERS GOING FORWARD**

8. Motion Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) for Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code [Filed 2/10/11; D.I. 3]

    A. Order Under Bankruptcy Rule 1015(b) Directing Joint Administration of Cases

9. Receiver's Motion for Entry of an Order Specifying Form and Manner of Service of Notice of (I) Filing of (A) Petitions Pursuant to Chapter 15 of the Bankruptcy Code and (B) Receiver's Motion for Provisional and Final Relief in Recognition of a Foreign Main Proceeding Pursuant to Sections 105(a), 1519, 1520 and 1521 of the Bankruptcy Code; (II) Entry of Provisional Relief Order; (III) Deadline to Object to Entry of Recognition Order; (IV) Hearing for Court to Consider Chapter 15 Petitions and Entry of Recognition Order; (V) Approving the Manner of Service on the Master Service List of Any Pleadings that the Receiver Files in the Chapter 15 Cases; and (VI) Granting Certain Related Relief [Filed 2/10/11; D.I. 8]

    A. Order Specifying Form and Manner of Service of Notice of (I) Filing of (A) Petitions Pursuant to Chapter 15 of the Bankruptcy Code and (B) Receiver's Motion for Provisional and Final Relief in Recognition of a Foreign Main Proceeding Pursuant to Sections 105(a), 1519, 1520 and 1521 of the Bankruptcy Code; (II) Entry of Provisional Relief Order; (III) Deadline to Object to Entry of Recognition Order; (IV) Hearing for Court to Consider Chapter 15 Petitions and Entry of Recognition Order; (V) Approving the Manner of Service on the Master Service List of Any Pleadings that the Receiver Files in the Chapter 15 Cases; and (VI) Granting Certain Related Relief

10. Receiver's Motion for Provisional and Final Relief in Recognition of a Foreign Main Proceeding Pursuant to Sections 105(a), 1519, 1520 and 1521 of the Bankruptcy Code [Filed 2/10/11; D.I. 9]

    A. Memorandum of Law in Support of Chapter 15 Petitions for Recognition of a Foreign Proceeding and Related Relief [Filed 2/10/11; D.I. 10]

    B. Receiver's Motion to Shorten Notice with Respect to Receiver's Motion for Provisional and Final Relief in Recognition of a

Foreign Main Proceeding Pursuant to Sections 105(a), 1519, 1520 and 1521 of the Bankruptcy Code [Filed 2/10/11; D.I. 11]

C. Order Granting the Receiver's Motion to Shorten Notice

D. Order Granting Provisional Relief in Recognition of a Foreign Main Proceeding Pursuant to Sections 105(a), 1519, 1520 and 1521 of the Bankruptcy Code

Dated: February 11, 2011
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ Ryan M. Murphy
Steven M. Yoder (DE Bar No. 3885)
Jeremy W. Ryan (DE Bar No. 4057)
Ryan M. Murphy (DE Bar No. 5517)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-mail: syoder@potteranderson.com
jryan@potteranderson.com
rmcneill@potteranderson.com

*Counsel to Ernst & Young Inc., as Receiver and Foreign Representative for the Debtors*